**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| SHEILA SUMMERLIN SHAW, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO: 7:22-cv-66 (WLS) |
| : | |
| TERRY GRIFFIN, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

## **ORDER**

Before the Court is Plaintiffs' Motion to Compel Deposition Testimony (Doc. 18) ("Motion"). The Court intends to promptly address this issue so discovery is not delayed in this matter.

Accordingly, it is hereby **ORDERED** that the Defendants shall file any response to the Motion on or before **Friday, August 25, 2023**, at which time the Court will take the matter under advisement.

**SO ORDERED**, this 17th day of August 2023.

       /s/ W. Louis Sands
       **W. LOUIS SANDS, SR. JUDGE
       UNITED STATES DISTRICT COURT**

1