IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHEILA SUMMERLIN SHAW,** *et al.*, | : |
| **Plaintiff,** | : |
| v. | :     CASE NO: 7-22-cv-66 (WLS) |
| **TERRY GRIFFIN,** *et al.*, | : |
| **Defendants.** | : |
| _____ | : |

## ORDER

Upon review of the Plaintiff's Motion to Compel Deposition Testimony (Doc. 18) ("Motion") and the Defendants' Response in Opposition to Plaintiffs' Motion to Compel Deposition Testimony (Doc. 20) ("Response"), the Court determined that an evidentiary hearing was necessary. The evidentiary hearing was scheduled and held October 24, 2023. (Docs. 21, 22.) No witnesses were available to testify at the hearing. The Court suspended the hearing and advised the parties that the presence of Defendant Terry Griffin would be required at a rescheduled hearing.

Accordingly, the evidentiary hearing on the Motion (Doc. 18) is continued to **Thursday**, **November 16, 2023, at 11:00 a.m.** The Defendant, Terry Griffin shall appear at the continued hearing to provide evidence regarding the information obtained from, and the events surrounding, Mr. Griffin's discussion(s) with the confidential informant who is the subject to Plaintiffs' Motion. The parties may present such other witnesses, evidence and arguments as they deem appropriate, after which, the Court will determine whether further hearing, including an in camera hearing, is necessary for it to make a ruling on the Motion.

**SO ORDERED**, this 25th day of October 2023.

                                       /s/W. Louis Sands
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**