IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHEILA SUMMERLIN SHAW, *et al.*, | : |
| Plaintiff, | : |
| v. | : |
| TERRY GRIFFIN, *et al.*, | :   CASE NO: 7-22-cv-66 (WLS) |
| Defendants. | : |

## ORDER

On November 16, 2023, the Court held the evidentiary hearing on Plaintiff's Motion to Compel Deposition Testimony (Doc. 18) ("Motion"). At the conclusion of the evidence, the Court allowed and scheduled the filing of post-hearing briefs. To memorialize the Court's post-hearing briefing schedule, the Court hereby **ORDERS** that:

The Parties shall have until Monday, November 27, 2023,[1] to confer and attempt to resolve the Motion or to file their briefs with supporting arguments. In the event the Parties desire to have a transcript of the hearing to prepare their briefs and if the transcript of the hearing has been ordered within seven (7) days of the hearing, the Parties briefs shall be due seven (7) days after the hearing transcript is made available on the record.

No additional briefs shall be filed without Court approval.

**SO ORDERED**, this 16th day of November 2023.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] At the hearing, the Court gave the Parties seven (7) days to confer or file their briefs with supporting arguments. However, the seventh day falls on Thursday, November 23, 2023—Thanksgiving Day. Due to the Thanksgiving Holidays, the Court extended the due date to Monday, November 27, 2023.

1