**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SHEILA SUMMERLIN SHAW,** *et al.*, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7-22-cv-66–WLS** |
| | : | |
| | : | |
| **TERRY GRIFFIN,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

This matter has been noticed for a pretrial conference on July 15, 2026, and for trial during the Court's August 2026 Valdosta Trial Term. Upon inquiry by the Clerk's Office with respect to the Parties' failure to timely file a joint proposed pretrial order, the Court has been advised that this matter has settled, that checks have been disbursed, and that the Parties anticipate filing a dismissal of this case.

Based on the foregoing, the pretrial conference scheduled for July 15, 2026, is removed from the Court's calendar. Further, the trial of this matter is removed from the Court's August 2026 Valdosta Trial Term.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file such joint stipulation of dismissal by **no later than Friday, August 7, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 10th day of July 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1