IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHEILA SUMMERLIN SHAW, and HOYT SUMMERLIN, JR., | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | FILE NO.: 7:22-cv-00066-WLS |
| v. | ) | |
| | ) | |
| TERRY GRIFFIN, JARED CROSBY, and ANTHONY BRAHNAM, all in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendants, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 12th day of August, 2026.

*/s/ Cary S. Wiggins**
Cary S. Wiggins
Georgia Bar No. 757657
cary@wigginslawgroup.com

WIGGINS LAW GROUP, LLC
260 Peachtree Street, NW
Suite 401
Atlanta, Georgia 30303
T: 404.659.2880

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 833.330.3669

Counsel for Plaintiffs
*with express permission

Counsel for Defendants

ʼRDERED this 12th day
August 2026

W. Louis Sands
ʼils Sands, Sr. Judge
ʼ States District Court