IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHEILA SUMMERLIN SHAW, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 7:22-cv-66 (WLS) |
| | * | |
| TERRY GRIFFIN, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk